AO 241
REV

18-10620
SECT. J MAG. 2

## PETITION UNDER 28 USC § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: **EASTERN** |
|---|---|
| Name (under which you were convicted):<br>**YUTICO BRILEY** | Docket or Case No.:<br>**514-608** |
| **Place of Confinement:**<br>**DIXON CORRECTIONAL INSTITUTE** | Prisoner No.:<br>**579915** |
| Petitioner (include the name under which you were convicted) petitioner)<br>**YUTICO BRILEY** V. | Respondent (authorized person having custody of<br>**JASON KENT, WARDEN** |
| The Attorney General of the State of Louisiana **Jeff Landry** | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   **Orleans Criminal District Court, Parish of Orleans, State of Louisiana**

   (b) Criminal docket or case number (if you know): **514-608**

2. (a) Date of the judgment of conviction (if you know): **April 24, 2013**
   (b) Date of sentencing: **June 17, 2013**

3. Length of sentence: **50 years hard labor / 12 years hard labor (concurrent)**
   **5 years hard labor / (consecutive)**
   **thereafter sentenced under La. R.S. 15:529.1**

4. In this case, were you convicted on more than one count or of more than one crime? **[X] Yes** [ ] No

5. Identify all crimes of which you were convicted and sentenced in this case:
   **La. R.S. 14:64, Armed robbery; La. R.S. 14:95.1, Convicted felon with a firearm and La. R.S. 14:64.3, additional penalty**

6. (a) What was your plea? (Check one)

   (1) **Not guilty [X]**     (3) Nolo contendere (no contest) [ ]
   (2) Guilty    [X]          (4) Insanity plea    [ ]

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? **Guilty to La. R.S. 14:95.1, Convicted felon with a firearm (only)**

   (c) If you went to trial, what kind of trial did you have? (Check one)    **[X] Jury**  [ ] Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?    [ ] Yes   **[X] No**
8. Did you appeal from the judgment of conviction? **[X] Yes**   [ ] No

TENDERED FOR FILING
X Fee  Pauper
___ Process
X Dkid           NOV 05 2018
___ CtRmDep
___ Doc. No.    U.S. DISTRICT COURT
                Eastern District of Louisiana
                Deputy Clerk

AO 241
REV

9. If you did appeal, answer the following:
(a) Name of court: **Louisiana Fourth Circuit Court of Appeals**
(b) Docket or case number (if you know): **2013-KA-1421**
(c) Result: **Conviction and sentence affirmed; vacated in part and remanded in part**
(d) Date of result (if you know): **October 1, 2014**
(e) Citation to the case (if you know): **151 So. 3d 633**
(f) Grounds raised:
(g) Did you seek further review by a higher state court? [ ] Yes **[X] No**
If yes, answer the following: **N/A**

   (1) Name of court: **N/A**
   (2) Docket or case number (if you know):
   (3) Result:
   (4) Date of result (if you know):
   (5) Citation to the case (if you know):
   (6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court? [ ] Yes **[X] No**
   If yes, answer the following: **N/A**
   (1) Docket or case number (if you know):
   (2) Result:
   (3) Date of result (if you know):
   (4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, application, or motions concerning this judgment of conviction in any state court? **[X] Yes** [ ] No
11. If your answer to Question 10 was "Yes", give the following information:

(a) (1) Name of court: **Orleans Criminal District Court, Parish of Orleans, State of Louisiana**
   (2) Docket or case number (if you know): **514-608**
   (3) Date of filing (if you know): **September 21, 2015**
   (4) Nature of the proceeding: **Application for post conviction relief**
   (5) Grounds raised: **See attached copies of all filings in this case**
   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
       [ ] Yes **[X] No**
   (7) Result: **denied**
   (8) Date of result (if you know): **December 28, 2016**

(b) If you filed any second petition, application, or motion, give the same information:
   (1) Name of court: **Louisiana Fourth Circuit Court of Appeals**
   (2) Docket or case number (if you know): **2017-KH-0086**
   (3) Date of filing (if you know): **January 2017**
   (4) Nature of the proceeding: **Supervisory Writ of Review**
   (5) Grounds raised: **Ineffective Assistance of Counsel**
   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
       [ ] Yes **[X] No**
   (7) Result: **denied**
   (8) Date of Result (if you know): **March 29, 2017**

(c) If you filed any third petition, application, or motion, give the same information:
   (1) Name of court: **Louisiana Supreme Court**
   (2) Docket or case number (if you know):

2

AO 241
REV

(3) Date of filing (if you know): **April 2017**
(4) Nature of the proceeding: **Writ of Certiorari**
(5) Grounds raised: **Ineffective Assistance of Counsel**
(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
 [ ] **Yes [X] No**
(7) Result: **denied**
(8) Date of result (if you know): **September 21, 2018**
(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?
 (1) First petition: **[X] Yes** [ ] No
 (2) Second petition: **[X] Yes** [ ] No
 (3) Third petition: [ ] Yes [ ] No **N/A**

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: **I did not file with the Louisiana Supreme Court on my direct appeal because my time to do so expired.
I did file and exhaust with the 4th Circuit Court of Appeal and Louisiana Supreme Court the denial of my application for post-conviction relief.**

**12.** For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):
 **Claims 1 through 4: Ineffective Assistance of Counsel**

(b) If you did not exhaust your state remedies on Ground One, explain why: **All has been exhausted**

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? [ ] Yes **[X] No**

(2) If you did not raise this issue in your direct appeal, explain why: **It was more properly through a post conviction relief.**

(d) **Post-Conviction Proceedings:**
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? **[X] Yes** [ ] No

(2) If your answer to Question (d) (1) is "Yes," state:

Type of motion or petition: **Application for post conviction relief**
Name and location of the court where the motion or petition was filed: **Orleans Criminal District Court**

3


AO 241
REV

Docket or case number (if you know): **514-608**
Date of the court's decision: **December 28, 2016**
Result: (attach court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? [ ] Yes **[X] No**
(4) Did you appeal form the denial of your motion or petition? **[X] Yes** [ ] No
(5) If your answer to Question (d) (4) if "Yes," did you raise this issue in the appeal? **[X] Yes** [ ] No
(6) If your answer to Question (d) (4) is "Yes," state:
Name and location of the court where the appeal was filed: **Louisiana Fourth Circuit Court of Appeals**
Docket or case number (if you know): **2017-KH-0086**
Date of the court's decision: **March 29, 2017**
Result (attach a copy of the court's opinion or order, if available): **attached**
(7) If your answer to Question (d)(4) or Question (d)(5) is "No", explain why you did not raise this issue:
   **N/A**
(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: **N/A**

13. Pleas answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   **[X] Yes  [X] No**

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: **N/A**

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, what ground or grounds have not been presented, and state your reasons for not presenting them: **N/A**
14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? [ ] Yes **[X] No**

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. **N/A**

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? [ ] Yes **[X] No**
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the ground raised: **N/A**
16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: **James A Williams**
(b) At arraignment and plea: **Lauren Boudreaux**
(c) At trial: Michael Kennedy/ **Myles Swanson**
(d) At sentencing: **Michael Kennedy/ Myles Swanson**
(d) On appeal: **Katherine M. Franks / Louisiana Appellate Project**
(e) In any post-conviction proceeding: **Pro-se**

4

(f) On appeal from any ruling against you in a post-conviction proceeding: **Pro-se**

**17.** Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? [ ] Yes **[X] No**
(a) If so, give name and location of court that imposed the other sentence you will serve in the future: **N/A**
(b) Give the date the other sentence was imposed: **N/A**
(c) Give the length of the other sentence: **N/A**
(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? [ ] Yes [ ] No **N/A**

**18.** TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition. **Petitioner is within the one-year statute of limitations as contained in 28 U.S.C. § 2244(d).**

Therefore, petitioner asks that the Court grant the following relief: Reversal of the Convictions, Order the Custodian to Release the Petitioner from Custody, Grant a New Trial, and/or any other relief to which petitioner may be entitled.

_NONE_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on this _30_ day of _October_ 2018, at Dixon Correctional Institute.

Signed on this _30_ day of _October_, 2018.

x _Justes Briley_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in art that:

> (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of—

(A) The date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) The date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) The date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) The date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

> (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.