UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YUTICO BRILEY | CIVIL ACTION |
| VERSUS | NO. 18-10620 |
| JASON KENT, WARDEN | SECTION "J"(2) |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 15), and the objections thereto (Rec. Doc. 16), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Yutico Briley for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of July, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE